WESTCHESTER TRUST COMPANY, Appellant, v. AUGUSTA ROSENWASSER and Others, Defendants; MORRIS L. ROSENWASSER, Respondent.— In an action to recover on two promissory notes, order, in so far as it denies plaintiff's motion to strike out the answer of defendant Morris L. Rosenwasser and to grant summary judgment pursuant to rule 113 of the Rules of Civil Practice, as against him, affirmed, with ten dollars costs and disbursements. It was conceded on the argument that the bank was closed on the day it was alleged that the notice was sent. This has a bearing on whether or not it was in fact sent. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

## (October 23, 1936.)

EMBRO REALTY CORPORATION, Appellant, v. FERDINAND REINEKING, JR., Individually and as Executor, etc., of FERDINAND REINEKING, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

THOMAS L. HAMILTON, Suing on Behalf of Himself and Any Other Stockholder of METROPOLITAN JOCKEY CLUB Wishing to Join in This Suit and to Contribute to the Costs Thereof, Respondent, v. KATE D. WOOD, EDWARD P. KILROE, EMANUEL NEWMAN and METROPOLITAN JOCKEY CLUB, Appellants.—[Motion No. 1012.] In view of the decision of appeals herein (Appeals Nos. 1 and 2, post, p. 900), decided herewith, the motion for a stay pending the hearing and determination of said appeals is dismissed, without costs. [Motion No. 1013.] Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. [Motion No. 1014.] Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

PASQUALE PICCININNI, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LUCY ANDERSON, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements, on the ground that there is an issue of fact to be tried. Lazansky, P. J., Young and Taylor, JJ., concur; Hagarty and Adel, JJ., concur in result on the ground that the case does not come within rule 113 of the Rules of Civil Practice. (Bohlken v. Title Guarantee & Trust Co., 248 App. Div. 722.) [160 Misc. 881.]